FILED
CLERK, U.S. DISTRICT COURT

March 15, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POON, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>YORK RISK SERVICES GROUP, INC.; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; and DOES 1 through 100, Inclusive,<br><br>   Defendants. | Case No. 8:20-cv-01737-SB (JDEx)<br><br>*(Removed from Orange County Superior Court, Case No.: 30-2020-01154272-CU-WT-CJC)*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  August 7, 2020<br>Action Removed: September 14, 2020<br><br>District Judge:<br>   Hon. Stanley Blumenfeld, Jr.<br><br>Crtrm.:           6A<br>Magistrate:<br>   Hon. John D. Early<br><br>Trial Date:       Not Set |

Pursuant to the Parties' Joint Stipulation, the Court hereby dismisses Plaintiff's Complaint and the entire action with prejudice.  Each party shall bear their own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: March 15, 2021



Honorable Stanley Blumenfeld, Jr.
United States District Court Judge